UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TONY HUCKBOTTOM,<br><br>　　　　　　　Plaintiff,<br>　v.<br>RENO JUSTICE COURT, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:18-cv-00331-MMD-CBC<br><br>ORDER |

Plaintiff Tony Huckbottom, who is in the custody of the Nevada Department of Corrections ("NDOC"), brings this action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge Carla B. Carry (ECF No. 6), recommending that the Court grant Plaintiff's *in forma pauperis* application, but then file his complaint and dismiss it because Plaintiff attempts to sue entities entitled to Eleventh Amendment sovereign immunity. Plaintiff had until August 28, 2019 to file an objection. To date, no objection to the R&R has been filed.[1] For this reason, and as explained below, the Court adopts the R&R and will dismiss this case.

///

---

[1] Because the Court received a returned copy of the R&R with the notation "Name and Inmate No. don't match" (ECF No. 7), the Court attempted to send another copy of the R&R to Plaintiff (ECF No. 8), but that attempt was also unsuccessful (ECF No. 9). Notwithstanding the Court's efforts, it is ultimately Plaintiff's responsibility to keep the Court apprised of his address. *See* LR IA 3-1 ("An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."). The Court will therefore issue this order adopting the R&R.

| | |
|---|---|
| 1 | This Court "may accept, reject, or modify, in whole or in part, the findings or |
| 2 | recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party |
| 3 | timely objects to a magistrate judge's report and recommendation, then the Court is |
| 4 | required to "make a *de novo* determination of those portions of the [report and |
| 5 | recommendation] to which objection is made." *Id.* Where a party fails to object, however, |
| 6 | the court is not required to conduct "any review at all . . . of any issue that is not the |
| 7 | subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth |
| 8 | Circuit has recognized that a district court is not required to review a magistrate judge's |
| 9 | report and recommendation where no objections have been filed. *See United States v.* |
| 10 | *Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review |
| 11 | employed by the district court when reviewing a report and recommendation to which no |
| 12 | objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. |
| 13 | Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that |
| 14 | district courts are not required to review "any issue that is not the subject of an objection."). |
| 15 | Thus, if there is no objection to a magistrate judge's recommendation, then the Court may |
| 16 | accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at |
| 17 | 1226 (accepting, without review, a magistrate judge's recommendation to which no |
| 18 | objection was filed). |
| 19 | While Plaintiff has failed to object to Judge Carry's recommendation to dismiss |
| 20 | Plaintiff's case, the Court will conduct a *de novo* review to determine whether to adopt the |
| 21 | R&R. Judge Carry found that Plaintiff "cannot raise 42 U.S.C. § 1983 claims against the |
| 22 | State of Nevada or the Reno Justice Court based on Eleventh Amendment sovereign |
| 23 | immunity." (ECF No. 6 at 3.) Having reviewed the R&R and the Complaint, the Court |
| 24 | agrees with Judge Carry. |
| 25 | It is therefore ordered that Judge Carry's Report and Recommendation (ECF No. |
| 26 | 6) is accepted and adopted in full. |
| 27 | It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF |
| 28 | No. 1) is granted. |

1. The Clerk of Court is directed to file Plaintiff's Complaint (ECF No. 1-1).

It is further ordered that Plaintiff's Complaint (ECF No. 1-1) is dismissed, with prejudice, and without leave to amend, as amendment would be futile.

The Clerk of Court is further directed to enter judgment in accordance with this order and close this case.

DATED THIS 1st day of October 2019.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE